IN THE MATTER OF GARY DOUGHTY, AN INFANT, THROUGH
HIS GUARDIAN AND TRUSTEE, VERLIA DOUGHTY.

May 11, 1979. Petition for certification is dismissed as having
been improvidently granted. (See 78 *N.J.Super.* 409)

STATE OF NEW JERSEY v. JOHN LEE COOPER.

May 15, 1979. This Court having granted the State's petition
for certification by order dated April 3, 1979, 81 *N.J.* 56 (1979),
and the Court having been advised subsequently that defendant
has pleaded guilty to charges against him and has been sen-
tenced thereon, and good cause appearing;
It is ORDERED that the within appeal be and hereby is dis-
missed as moot.

STATE OF NEW JERSEY v. MICHAEL MARTIN.

May 15, 1979. Petition for certification denied.

IN RE COMMUTER OPERATING AGENCY'S DETERMINATION
OF FINANCIAL RESULTS TO CARRIERS FOR THE
CALENDAR YEAR 1977.

May 15, 1979. Petition for certification denied. (See 166
*N.J.Super.* 430)